IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 DEC 28 PM 4:08

CLERK
SO. DIST. OF GA.

DERRICK ROBINSON,)
)
    Petitioner,)
)
v.) CASE NO. CV415-294
) CR412-086
UNITED STATES OF AMERICA,)
)
    Respondent.)
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Petitioner's 28 U.S.C. § 2255 Petition is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **28th** day of December 2015.

                                        WILLIAM T. MOORE, JR.
                                      UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF GEORGIA