IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DERRICK ROBINSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. CV415-294 |
| ) | CR412-086 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### ORDER

Before the Court is Petitioner's Motion to Amend Current 28 U.S.C. 2255 Motion. (Doc. 6.) On November 16, 2011, the Magistrate Judge recommended denying Petitioner's § 2255 motion. (Doc. 2.) Petitioner did not file any objections and on December 28, 2015, the Court adopted the Report and Recommendation and closed the case. (Doc. 4.) After careful consideration of the record in this case, Petitioner's Motion to Amend (Doc. 6) is **DENIED**.

SO ORDERED this 9th day of November 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA